*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GROSS, FLUHR, and ZIMMERMANN
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Carlebson CHARLENORD**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202500424**

———————————

Decided: 15 May 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
William J. Mossor

Sentence adjudged 30 June 2025 by a special court-martial tried at Camp Foster, Marine Corps Air Station Cherry Point, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, a fine totaling $4,012.37, confinement for 4 months, and a bad conduct discharge.

For Appellant:
*Lieutenant Colonel Timothy G. McCormick, USMC*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings are correct in law, the sentence is correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

_____

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.